MAYER et al. v. MONZO.

(Supreme Court, Appellate Division, First Department. November 19, 1909.)

DISCOVERY (§ 32*)—EXAMINATION OF PLAINTIFF BEFORE TRIAL—GOOD FAITH.
    An order for examination of plaintiff before trial cannot be sustained, where the record shows the application was not made in good faith, for the purpose of obtaining testimony to be used on the trial.

    [Ed. Note.—For other cases, see Discovery, Cent. Dig. § 46; Dec. Dig. § 32.*]

---

*For other cases see same topic & § NUMBER in Dec. & Am. Digs. 1907 to date, & Rep'r Indexes

Appeal from Special Term, New York County.

Action by Marcus Mayer and others against Angelo R. Monzo. From an order denying a motion to vacate an order for examination of plaintiff before trial, plaintiffs appeal. Reversed, and motion granted.

Argued before INGRAHAM, McLAUGHLIN, LAUGHLIN, CLARKE, and SCOTT, JJ.

Bainbridge Colby, for appellants.

PER CURIAM. A consideration of this record has satisfied the court that this application to examine the plaintiff before trial is not made in good faith, for the purpose of obtaining testimony to be used on the trial.

The order appealed from should be reversed, with $10 costs and disbursements, and the motion granted, with $10 costs.